OPINION — AG — ** UNIVERSITY OF OKLAHOMA — PURCHASE OF LAND — PROCEEDS OF BOND ** CAN THE SECTION 13 AND NEW COLLEGE FUNDS BE USED FOR ADDITIONS OR EXTENSIONS OF OUR CAMPUS TO PROVIDE CONVENIENT SITES FOR BUILDINGS ? — AFFIRMATIVE (WENTZ PROPERTY, CONSTRUCTION, BUILDINGS, COLLEGE, UNIVERSITY, HIGHER EDUCATION, PURCHASE, EXPENDITURES, CAPITAL ADDITIONS) CITE: ARTICLE XI, SECTION 1, ARTICLE XI, SECTION 5, 70 O.S. 617 [70-617], 64 O.S. 355 [64-355] [64-355], 70 O.S. 621.1 [70-621.1] (J. H. JOHNSON)